# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

JOHN WILLIAMS
2705 FRONTAGE ROAD NW
ROOM # 315
ROANOKE, VA. 24017

RE: John Williams



) Case Number: 24-70347
) DEBTOR'S MOTION FOR
) ORDER TO SHOW CAUSE
) AS TO WHY THE LOWER
) COURT VIOLATED
) DEBTOR'S AUTOMATIC STAY

I RESPECTFULLY REQUEST THIS COURT ISSUES AN ORDER TO SHOW CAUSE AS TO WHY THE ROANOKE CITY GENERAL DISTRICT COURT, STATE OF VIRGINIA, VIOLATED THE CONSTITUTIONAL RIGHTS AND AUTOMATIC STAY STATUS OF DEBTOR JOHN WILLIAMS, DENYING HIM DUE PROCESS OF LAW.

THE AUTOMATIC STAY THAT THIS SPECIFIC CHAPTER 13 PROVIDED THE DEBTOR WAS COMPLETELY IGNORED BY JUDGE THOMAS W. ROE. JR. OF THE ROANOKE CITY GENERAL DISTRICT COURT, STATE OF VIRGINIA, AND THE ATTORNEY FOR THE PLAINTIFF IN THE DEBTOR'S EVICTION CASE, BRETT C. HERBERT, Esq. AS THEY BOTH PROCEEDED WITH THE NON-JURY-TRIAL FOR EVICTION AGAINST HIM AND ENTERED A JUDGMENT FOR EVICTION AND A WRIT OF POSSESSION EVEN THOUGH THE HEARING WAS NULLIFIED BY THE DEBTOR'S AUTOMATIC STAY (PLEASE SEE EXHIBIT A.) THEREFORE, THEY BOTH DENIED THE DEBTOR DUE PROCESS OF LAW AND FRANKLY, DISRESPECTED THE AUTHORITY AND JURISDICTION OF THIS COURT AS WELL AS OF THE HONORABLE JUDGE PAUL M. BLACK.

THE DEBTOR, JOHN WILLIAMS, FILED A CHAPTER 13 ON MAY 13TH, 2024, AND FILED A COPY OF THE "NOTICE OF BANKRUPTCY CASE FILING" CERTIFICATE IN THE LOWER COURT, ROANOKE CITY GENERAL DISTRICT, THE SAME DAY. THE DEBTOR THEN APPEARED FOR THE NON-JURY-TRIAL FOR EVICTION THE FOLLOWING DAY, MAY 14, 2024, TO ENSURE HE WOULD NOT BE DENIED DUE PROCESS OF LAW SIMPLY BECAUSE HE WAS NOT PRESENT AT THE HEARING EVEN THOUGH, WITH THE AUTOMATIC IN PLACE, HE DIDN'T NEED TO APPEAR. THE COURT DENIED HIM DUE PROCESS OF LAW, REGARDLESS.

THE DEBTOR THEN FILED A MOTION TO VACATE THE JUDGMENT FOR EVICTION AND HAD A HEARING ON JUNE 21ST, 2024 BUT JUDGE THOMAS W. ROE. JR., IGNORING ON THE MOTION, DISMISSED IT. PLEASE SEE EXHIBIT B.

THE DEFENDANT RESPECTFULLY REQUEST THAT THE HONORABLE JUDGE PAUL M. BLACK GIVE JUDGE THOMAS W. ROE. JR. A CALL TO DETERMINE HOW HE THOUGHT THAT THE DEFENDANT'S AUTOMATIC STAY ON MAY 14TH, 2024, HAD NO MERIT IN HIS COURT ROOM REGARDING AN EVICTION COMPLAINT FOR PUNITIVE DAMAGES AS WELL AS POSSESSION OF REAL PROPERTY. HE NOT ONLY DISREGARDED THE AUTHORITY OF THE HONORABLE JUDGE PAUL M. BLACK BUT HE ALSO DISREPECTED THE AUTHORITY OF THE UNITED STATES FEDERAL BANKRUPTCY COURT.

IT IS SAID THAT AMERICA IS A NATION OF LAWS. THAT IS TRUE. BUT ONLY IF WE ALL ADHERE TO THEM. THE DEFENDANT BELIEVES THAT JUDGE THOMAS M. ROE JR. AND ATTORNEY BRETT C. HERBERT, Esq., DENIED HIM DUE PROCESS OF LAW.

I declare under penalty of perjury under the laws of the UNITED STATES BANKRUPTCY COURT the the foregoing is true and correct.

Dated: 07-17-2024

JOHN WILLIAMS
Debtor in Pro Per

# Roanoke City General District Court
## State Of Virginia

JOHN WILLIAMS
2705 FRONTAGE ROAD NW
ROOM # 315
ROANOKE, VA. 24017

| | |
|---|---|
| EXTENDED STAY AMERICA SELECT SUITES | Case No. GV24002234 |
| Plaintiff(s) | Department No. T.B.D. |
| vs. | **DEFENDANT'S EX-PARTE MOTION FOR A HEARING TO SET ASIDE AND VACATE ORDER FOR EVICTION** |
| JOHN WILLIAMS (PRO SE) | |
| Defendant(s) | |

COMES NOW defendant, JOHN WILLIAMS herein, to respectfully submit this MOTION FOR EX-PARTE HEARING TO SET ASIDE VACATE FINAL JUDGMENT FOR EVICTION based on the following:

The Defendant, JOHN WILLIAMS, had an AUTOMATIC STAY (SEE EXHIBIT "A") in place that should have "STAYED" the hearing for eviction (03-14-2024) until the Plaintiff petition the UNITED STATES BANKRUPTCY COURT, WESTERN DISTRICT OF VIRGINIA for a RELIEF FROM said STAY. And if the Plaintiff's MOTION FOR RELIEF FROM STAY is GRANTED, then the hearing for eviction could proceed.

The Defendant, JOHN WILLIAMS, respectfully requests that Judge Thomas Roe reviews in depth, length, and detail, 11 US Code § 362 - Automatic stay and all of its components with regard to the protection provided to tenants going through an eviction. Especially where money is also being demanded.

11 US Code § 362 - Automatic Stay, may be evoked twice within a fiscal year for tenants seeking protection for the creditor/landlord.

[Summary of pleading] - 1

**EXHIBIT "B" Pg. 1**

Also, there was a question during the hearing on 05-14-2024 as to whether or not the Plaintiff was listed as a creditor in the Chapter 13 Bankruptcy Petition. Well, of course they were. Please see EXHIBIT "A". That was the entire reason the Defendant filed the Bankruptcy Petition. To get protection from his creditor so that he would not have to join the Homeless Community of Roanoke City/America. After all, there is homeless epidemic in this Country. Anyone in the courtroom during that hearing could have seen that by looking at the Defendants Bankruptcy Petition in P.A.C.E.R. The Defendant assumed that the Judge and the Plaintiff's Attorney knew how to use P.A.C.E.R. and would do so before entering a judgment.

It is said often that "We Are A Nation Of Laws." That very is true. But only if everyone follows them.

### According to the America Bar Association:

The automatic stay (or the "stay") is one of the most important protections and powerful tools available to a debtor in bankruptcy. It is provided for in section 362 of the Bankruptcy Code. Triggered immediately on filing of the bankruptcy petition, it automatically stops substantially all acts and proceedings against the debtor and its property. It is a nationwide, possibly even worldwide, injunction barring almost all actions against the debtor and its property, including the exercise of remedies concerning collateral, enforcement of pre-petition judgments, litigation, collection efforts, and acts to create, perfect, and enforce liens granted before the date the bankruptcy petition was filed. The automatic stay only applies to pre-petition events and does not bar suit against the debtor based on a cause of action arising post-petition.

The automatic stay has a broad scope, applying to all creditors, whether secured or unsecured, and to all of the debtor's property, wherever located. It forbids creditors from pursuing both formal and informal actions and remedies against the debtor and its property. It also covers remedies that could be exercised outside of the US. However, consensual negotiations with the debtor are permitted.

### 11 US Code § 362 - Automatic stay:

(22) subject to subsection (l), under subsection (a)(3), of the continuation of any eviction, unlawful detainer action, or similar proceeding by a lessor against a debtor involving residential property in which the debtor resides as a tenant under a lease or rental agreement and with respect to which the lessor has obtained before the date of the filing of the bankruptcy petition, a judgment for possession of such property against the debtor;

(23) subject to subsection (m), under subsection (a)(3), of an eviction action that seeks possession of the residential property in which the debtor resides as a tenant under a lease or rental agreement based on endangerment of such property or the illegal use of controlled substances on such property, but only if the lessor files with the court, and serves upon the debtor, a certification under penalty of perjury that such an eviction action has been filed, or that the debtor, during the 30-day period preceding the date of the filing of the certification, has endangered property or illegally used or allowed to be used a controlled substance on the property;

Again, the Defendant, John Williams, very respectfully requests that Judge Thomas Roe closely examines 11 US Code § 362 - Automatic stay and how it protects tenants going through an eviction.

The Defendant prays that this court takes his plea into serious consideration. The Defendant also respectfully requests that his Constitutional Rights are not ignored/violated and that he is not denied due process of law simply because he is a 68 year old African American Male (that has given the best years of his life for this Country and has never ask for a penny in return) and that cannot afford an attorney. Please.

DATED: June 14th, 2024

Respectfully Submitted by:

John Williams

**EXHIBIT "B" Pg. 2**

[Summary of pleading] - 2

**CERTIFICATE OF SERVICE**

I, John Williams, do hereby certify that we have served a copy of my "DEFENDANT'S MOTION FOR AN EX-PARTE HEARING TO SET ASIDE AND VACATE ORDER FOR EVICTION" on the party listed below by depositing the same in the United States Mail, First class with postage prepaid on June 14th, 2024.

EXTENDED STAY AMERICA SELECT SUITES-ROANOKE-AIRPORT
c/o SHAWN M. SWEENEY, ESQ.
5425 Discovery Park Blvd.
Suite 200
Williamsburg, VA 23188

Respectfully submitted on June 14th, 2024    _____

JOHN WILLIAMS (PRO SE)

**EXHIBIT "B" Pg. 3**

# SUMMONS FOR UNLAWFUL DETAINER (CIVIL CLAIM FOR EVICTION)
Commonwealth of Virginia
VA. CODE § 8.01-126

Roanoke City ............................................. General District Court
CITY OR COUNTY

315 W. Church Ave. S.W., 2nd Floor, Roanoke, VA 24016
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: Summon the Defendant(s) as provided below;
TO THE DEFENDANT(S): You need to come to this Court on

May 3, 2024 at 9:00 am ............................................. to answer this civil claim for eviction.
RETURN DATE AND TIME

4/11/24 ..................... [signature] ..................... [ ] CLERK [ ] DEPUTY CLERK [ ] MAGISTRATE
DATE ISSUED

CASE NO. GV24002834

CLAIM AND AFFIDAVIT: Defendant(s) unlawfully detains and withholds from Plaintiff(s):

ESA Management, LLC as manager of Extended Stay America Select Suites - Roanoke - Airport
PLAINTIFF(S) NAME(S) (LAST, FIRST, MIDDLE)

c/o Shawn M. Sweeney, Esq., Gordon Rees Scully Mansukhani, LLP

5425 Discovery Park Blvd., Suite 200     757-903-0881
ADDRESS                                    TELEPHONE NUMBER

Williamsburg, VA 23188

Extended Stay America Select Suites - Roanoke - Airport Room Number: 315 2705 Frontage Rd NW Roanoke, VA 24017
ADDRESS/DESCRIPTION OF DETAINED PROPERTY

v.  Williams, John
DEFENDANT(S) NAME(S) (LAST, FIRST, MIDDLE)

Room Number: 315 2705 Frontage Rd NW     540-293-1398
ADDRESS                                    TELEPHONE NUMBER

Roanoke, VA 24017

and Defendant should be removed from possession of the property (evicted) because of
[X] unpaid rent [ ] ............................................. .
Plaintiff states that rent is due and not paid and damages have been incurred as follows:

$ 8,090.41 ................ rent due for ......... 1/14/23 - 3/25/24 .........
RENT                                       PERIOD

and $ ......................... damages for ......................................................................................

and $ 64.00 .................. costs and $ ................. civil recovery and $ .................. attorney's fees.

[X] Plaintiff asks for judgment for all amounts due as of the date of the hearing.
[ ] This summons is filed to end a tenancy not governed by the Virginia Residential Landlord and Tenant Act. § 55.1-1200 et seq., of the Code of Virginia.

All required notices have been given. I state under penalty of perjury that the foregoing is true and correct.

[signature] ..................... 12 April 2024
PLAINTIFF'S ATTORNEY [ ] PLAINTIFF [ ] AGENT    DATE

HEARING DATE AND TIME
May 3, 2024 at 9:00 am

[handwritten notes: Dwmt'f tny
*-contact
ready + set
5-14-24  9:30
continued to:
5/14/24 9:30

HEARING DATE AND TIME]

TO DEFENDANT: You are not required to come to court; however, if you do not come to court, judgment may be entered against you and you may be evicted. See information on the reverse about your right to prevent this unlawful detainer action by paying the money owed.

[ ] If you disagree with this case, you must come to court on the RETURN DATE to try this case.

[X] If you disagree with this case, you must come to court on the RETURN DATE for the judge to set another date for the trial.

If you do not come to court and a judgment is entered against you, a writ of eviction may be issued immediately to give possession of the property to the Plaintiff.

[ ] Bill of Particulars ordered ......... DUE DATE .........

Grounds of Defense ordered ......... DUE DATE .........

ATTORNEY FOR PLAINTIFF(S)
Shawn M. Sweeney, Esq. (VSB #95996)
Gordon Rees Scully Mansukhani, LLP, 5425 Discovery Park Blvd, Ste. 200
Williamsburg, VA 23188                   757-903-0881
                                          TELEPHONE NUMBER

ATTORNEY FOR DEFENDANT(S)

DISABILITY ACCOMMODATIONS for loss of vision, hearing, mobility, etc. Contact the court ahead of time.

## CASE DISPOSITION
[ ] JUDGMENT that Plaintiff(s) recover against [ ] named DEFENDANT(S).
[ ] possession of the premises described above pursuant to § 8.01-128.
[ ] A hearing will be held on ................................................. to decide final rent and damages.
                              DATE AND TIME
[X] Immediate writ of eviction. [ ] ordered pursuant to Va. Code § 8.01-129 upon request of Plaintiff.
                                 [ ] granted pursuant to Va. Code § 55.1-1250(C).
DEFENDANT(S) PRESENT? [ ] YES [ ] NO

[ ] Rent, in the sum of $ 9,795.22 ......... and $ ......................... damages with interest ................. late fee
                                                                                                                  and
and $ ......................... costs and $ ......................... civil recovery and $ 160.00 ......... attorney's fees
                                           RATE(S) AND BEGINNING DATE(S)
[ ] and $ ......................... costs for Servicemembers Civil Relief Act counsel fees.
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CANNOT BE DEMANDED
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ]
    $ ......................... costs and $ ......................... attorney fees
    awarded to Defendant(s)
[ ] NON-SUIT [ ] DISMISSED [ ] DISMISSED DEFENDANT(S) PRESENT? [X] YES [ ] NO

5-14-24 ..................... [signature] .....................
DATE                         JUDGE

[ ] Defendant must pay:
$ 31,000.00 ................
RENT OWED
into the court to be held in escrow by
5-31-24 ..................... [signature TWL]
DATE                         JUDGE'S INITIALS
and any rents coming due prior to the next hearing date must also be paid into the court.

[ ] MONEY JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION
.......................................
DATE

24-4988  CL
4/11/24

24-4988  04
4/11/24

FORM DC-421 FRONT 07/23

EXHIBIT "A" Pg. 1

# REQUEST FOR WRIT OF EVICTION IN UNLAWFUL DETAINER PROCEEDINGS

Commonwealth of Virginia  Va. Code § 8.01-471

Roanoke City _____ [X] General District Court  [ ] Circuit Court
CITY OR COUNTY

**TO THE COURT:**

I/we, the plaintiff(s) in this proceeding, request that this court issue a writ of eviction against the defendants with regard to the following premises: Extended Stay America Select Suites – Roanoke – Airport
Room Number: 315 2705 Frontage Rd NW
Roanoke, VA 24017

This request is made upon a judgment for possession dated: May 14, 2024

I/we present that, following the entry of the judgment for possession, the landlord has not entered into a new written rental agreement with the tenant

[X] This writ of eviction is requested pursuant to the Virginia Residential Landlord and Tenant Act. The landlord has provided the required notice set forth in Virginia Code § 55.1-1250.

6/17/2024
DATE

[ ] PLAINTIFF  [X] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S AGENT

Brett C. Herbert, Esq. (VSB No. 86065)
PRINTED NAME OF [ ] AGENT [X] ATTORNEY

## WRIT OF EVICTION
Va. Code §§ 8.01-470, 8.01-472

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth to cause the Plaintiff(s) to have possession of the following premises from the defendant(s): Extended Stay America Select Suites – Roanoke – Airport
Room Number: 315 2705 Frontage Rd NW
Roanoke, VA 24017

You are further commanded to make a return before me within 30 days of this date as to the day and manner of executing this writ.

6/18/24
DATE

_____
[ ] CLERK [ ] JUDGE

**Notice to Defendant (Tenant):**

If the landlord has checked the box above that this writ of eviction is requested pursuant to the Virginia Residential Landlord and Tenant Act, and the only reason for the entry of an order of possession was nonpayment of rent, then you, or someone on your behalf, may pay the landlord, the landlord's attorney or the court all amounts claimed on the Summons for Unlawful Detainer, including current rent, damages, late fees, costs of court, any civil recovery, attorney fees and sheriff fees, including the sheriff fees for service of the writ of eviction if payment is made after issuance of the writ, no less than 48 hours before the date and time scheduled by the sheriff for the eviction, in order to avoid the eviction. You may pay by cashier's check, certified check or money order. If you appeal the unlawful detainer case and pay any required bond, writ tax and costs after the sheriff has served the notice of intent to execute the writ of eviction, you must notify the sheriff of your appeal.

FORM DC-469 07/23

---

CASE NO.  GV24002234-00

PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

ESA Management, LLC, as manager of Extended Stay America Select Suites - Roanoke - Airport
c/o Gordon & Rees, attn: Brett C. Herbert, Esq.
5425 Discovery Park Blvd., Ste. 200
Williamsburg, VA 23188

V.

DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

Williams, John
Extended Stay America Select Suites – Roanoke – Airport
Room Number: 315 2705 Frontage Rd NW
Roanoke, VA 24017

7/1/24

I hereby certify that the document to which this authentication is affixed is a true copy of a record in the City of Roanoke General District Court and that I have custody of that record.

_____ Clerk  _____ Deputy Clerk

CAME TO HAND

DATE AND TIME  JUN 18 2024 RECEIVED A. Hash SHERIFF

2024 JUN 18  SHERIFF

EXECUTED by taking into possession the within-named premises and delivering possession of it to the plaintiff(s).

by _____

DATE

I understand that I am required, pursuant to Va. Code § 8.01-471, to return this executed writ of eviction to the clerk's office of the court that issued this writ.

_____, SHERIFF
DEPUTY SHERIFF

24 - 7/16/24
6-18-24
8:25

**EXHIBIT "A" Pg. 2**